UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

Civil Action, File Number **AMD 03-358**

| | |
|---|---|
| NICOLE M. BRUNO | ) |
|      **Plaintiff** | ) |
| v. | ) |
| DONALD ENSTE dba DANDY DONS | ) |
|      **Defendant** | ) |

**FIRST SCHEDULING ORDER REPORT**

COMES NOW all parties to this matter, by and through their respective attorneys, and file this report pursuant to this Court's Scheduling Order of April 17, 2003.

    1.    Joint Request for Early Settlement/ADR Conference

The parties are not requesting early settlement/ADR conference.

    2.    Report re: Deposition Hours

The parties do not expect that either side will need more than eighteen (18) hours for depositions.

    3.    Consent to Proceed before United States Magistrate Judge

The parties have not consented to proceed before a United States Magistrate Judge at this time.

DONAHUE, SEIDMAN
& SCHREYER, LLC
8 Post Office Road
Waldorf, Maryland 20602-2709
301-932-9997
301-870-9997

Respectfully submitted,

DONAHUE, SEIDMAN & SCHREYER, LLC

| _____/s/_____ | _____/s/_____ |
|---|---|
| Danny R. Seidman, Esquire | Mr. Andrew B. Greenspan, Esquire |
| 8 Post Office Road | The Annapolis Exchange |
| Waldorf, Maryland 20602-2709 | 1997 Annapolis Exchange Pkwy.,Ste 400 |
| (301) 870-9997 | Annapolis Maryland 21401 |
| Bar Number 06441 | (410)224-0045 |
| | Bar Number 03980 |
| Attorney for Plaintiff | Attorney for Defendant |

DONAHUE, SEIDMAN
& SCHREYER, LLC
8 Post Office Road
Waldorf, Maryland 20602-2709
301-932-9997
301-870-9997

2