UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **NICOLE M. BRUNO** ) | |
|     **Plaintiff** ) | |
| ) | **Civil Action, File Number** |
| **vs.** ) | <u>**AMD 03-358**</u> |
| **DONALD ENSTE dba DANDY DONS** ) | |
|     **Defendant** ) | |

<u>**NOTICE OF REQUEST FOR WAIVER OF SERVICE**</u>

    COMES NOW Plaintiff, Nicole M. Bruno, by and through her attorneys, Danny R. Seidman and Donahue, Seidman & Schreyer, pursuant to Local Rule 103.2(c), and states as follows:

    Plaintiff has requested that Defendant, No Stress Here, Inc., waive service of the summons pursuant to F.R.C.P. Rule 4(d).

                                            Respectfully submitted,

                                            DONAHUE, SEIDMAN & SCHREYER, LLC

                                      By:        /s/
                                             Danny R. Seidman
                                             8 Post Office Road
                                             Waldorf, MD 20602
                                             (301) 870-9997
                                             Federal Bar No.: 06441

                                             Attorney for Plaintiff

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of June , 2003, I electronically transmitted, to Andrew B. Greenspan, Esquire at greensa@nationwide.com a copy of the Notice of Request for Waiver of Service and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

                                                Respectfully submitted,

                                                DONAHUE, SEIDMAN & SCHREYER, LLC

By: ____/s/_____
      Danny R. Seidman
      8 Post Office Road
      Waldorf, MD 20602
      (301) 870-9997
      Federal Bar No.: 06441

      Attorney for Plaintiff