**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION**

| | |
|---|---|
| **NICOLE M. BRUNO** | ) |
| **Plaintiff** | ) |
| | )     **Civil Action, File Number** |
| **vs.** | )     <u>**AMD 03-358**</u> |
| **DONALD ENSTE dba DANDY DONS** | ) |
| **Defendant** | ) |

**<u>ORDER</u>**

The Court, having considered the Plaintiff's Motion for Leave to Amend Complaint and having considered any response thereto,

IT IS HEREBY this <u>2nd</u> day of <u>June</u>, 2003 by the United States District Court for the District of Maryland, Southern Division

ORDERED that the foregoing Motion be and the same is hereby granted; and it is further

ORDERED that the Plaintiff's Amended Complaint, which was filed as an attachment hereto, shall be accepted for filing; and it is further

ORDERED that a summons be issued to No Stress Here, Inc.

                                         /s/ Andre M. Davis
                                         _____
                                         Judge