# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | | |
|---|---|---|
| **NICOLE M. BRUNO** | : | |
|     **Plaintiff** | : | |
| | : | |
| vs. | : | Case: AMD03CV358 |
| | : | |
| **DONALD ENSTE** | : | |
| **dba DANDY DONS** | : | |
| | : | |
|     **Defendant** | : | |
| | : | |

## CERTIFICATE REGARDING DISCOVERY

**TO THE CLERK:**

    **PLEASE TAKE NOTE** that on this 14th day of July, 2003 Defendant in the above-captioned matter, by and through his undersigned counsel, served the following discovery material:

**Type of Discovery:**
1. Interrogatories to Plaintiff.
2. Request for Production of Documents to Plaintiff.

**Date/Manner of Service:** See Certificate of Service below.

**Person Served:** See Certificate of Service below.

 

_____
ANDREW B. GREENSPAN
The Annapolis Exchange
1997 Annapolis Exchange Parkway, #400
Annapolis, Maryland 21401
(410) 224-0045

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of July, 2003, a copy of the foregoing Certificate Regarding Discovery was mailed, postage prepaid, to **Danny R. Seidman, Esquire.**, 80 Post Office Road, Waldorf, Maryland 20602-2709.

_____
ANDREW B. GREENSPAN