# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **NICOLE M. BRUNO** | ) |
| **Plaintiff** | ) |
| | )    **Civil Action, File Number** |
| **vs.** | )    <u>**AMD 03-358**</u> |
| **DONALD ENSTE d.b.a. DANDY DONS,** *et al.* | ) |
| **Defendants** | ) |

## <u>STATUS REPORT</u>

COME NOW, Plaintiff, Nicole M. Bruno, by and through her attorney, Danny R. Seidman, Esquire; and Defendants, Donald Enste d.b.a. Dandy Dons and No Stress Here, Inc., by and through their attorney, Andrew B. Greenspan, Esquire, and respond to this Court's Scheduling Order and state as follows:

1)    Discovery has not been completed. Depositions of the parties have been scheduled for September 8, 2003. There are at least four witnesses for Plaintiff and two witnesses for Defendant yet to be deposed in addition to any expert depositions.

2)    There are no pending motions.

3)    The Plaintiff may file a dispositive pretrial motion.

4)    The case is to be tried by jury. The anticipated length of trial is two (2) days.

5)    The parties have not met to conduct serious settlement negotiations because discovery is not complete.

6)    The parties request a settlement conference.

7)   The parties have consented to a U.S. Magistrate Judge.

                        Respectfully submitted,

                        DONAHUE, SEIDMAN & SCHREYER, LLC


                        _____/s/_____
                        Danny R. Seidman
                        8 Post Office Road
                        Waldorf, MD 20602
                        Phone: (301) 870-9997
                        Fax: (301) 870-4050
                        Federal Bar No.: 06441
                        Attorney for Plaintiff


                        _____/s/_____
                        Andrew B. Greenspan
                        Attorney for Defendants
                        (Signed by Danny R. Seidman with permission of
                        Andrew B. Greenspan)