**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **Nicole Bruno** * | |
|     **Plaintiff** | |
| * | |
|     vs. | Civil Action No.: <u>AMD 03-358</u> |
| * | |
| **Donald Enste dba Dandy Dons, et al.** | |
| * | |
|     **Defendants** | |
| ****** | |

**GENERAL CONSENT TO PROCEED**
**<u>BEFORE A UNITED STATES MAGISTRATE JUDGE</u>**

    In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waive her or his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

<u>Nicole Bruno                     </u>
Name of Party

Respectfully submitted,

DONAHUE, SEIDMAN & SCHREYER, LLC

<u>   /s/                            </u>
Danny R. Seidman
8 Post Office Road
Waldorf, MD 20602
(301) 870-9997
Federal Bar No.: 06441

Attorney for Plaintiff