## LAW OFFICES
## ROBERT GRAHAM FIORE
**Employees of Nationwide Mutual Insurance Company®**

**1997 ANNAPOLIS EXCHANGE PARKWAY**
**SUITE 400 - THE ANNAPOLIS EXCHANGE**
**ANNAPOLIS, MARYLAND 21401-3053**
**(410) 224-0045**
**TOLL FREE (866) 424-4220**
**FAX (410) 224-0054**

| | |
|---|---|
| ROBERT GRAHAM FIORE | EARNEST FRANKLIN, JR. |
| ANDREW B. GREENSPAN | LISA A. HOWIE |
| MARK ROSASCO | JOHN ROCCO SEVERINO |
| ROBIN FINIZIO KESSLER | NANCY M. DUDEN |
| | |
| | PARALEGAL |
| | TERRI G. McMILLAN |
| | NICOLE C. COTHRAN |

September 9, 2003

Clerk
United States District Court
  for the District of Maryland
Southern Division
240 U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD  20770

      Re:    Bruno v. Enste & Dandy Dons
             Case No.:  AMD03CV358
             Suit File:     03an00207
             Claim No.:   52-19-BO-192332-51
             DOL:            6-8-98

Dear Sir/Madam:

      The undersigned consents to a motion to proceed before Magistrate Judge.

                                      Very truly yours,

                                      Andrew B. Greenspan

ABG/bso
cc:    Danny R. Seidman, Esquire