```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MARYLAND
```

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4953** |

September 16, 2003

Danny Robert Seidman, Esq.
Donahue, Seidman & Schreyer, LLC
Eight Post Office Road
Waldorf, MD 20602-2709

Andrew B. Greenspan, Esq.
Suite 400
1997 Annapolis Exchange Parkway
Annapolis, MD 21401

    Re:  Nicole M. Bruno v. Donald Enste
         Civil No. SKG-03-358

Dear Counsel:

    The above-entitled case has been assigned to me for further proceedings, based on your consents. A status/scheduling conference will be held on Friday, September 26, 2003, at 9:45 a.m. The conference will be by telephone and will be set up by my office.

    I look forward to speaking with you both on the 26th.

                                    Sincerely yours,

                                    /s/

                                  Susan K. Gauvey
                                  United States Magistrate Judge

cc:  Court File