UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | | |
|---|---|---|
| **NICOLE M. BRUNO** | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | Case: AMD03CV358 |
| | : | |
| **DONALD ENSTE, et al.** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## STIPULATION OF DISMISSAL

Dear Clerk:

    Please enter the above-entitled case as **settled and dismissed with prejudice**.


DANNY R. SEIDMAN
8 Post Office Road
Waldorf, Maryland 20602
Attorney for Plaintiff



ANDREW B. GREENSPAN
The Annapolis Exchange
1997 Annapolis Exchange Pkwy, #400
Annapolis, Maryland 21401
(410) 224-0045

Attorney for Defendant